Robert W. HAHL, Neifeld IP Law, PC, Alexandria, VA, argued for appellant. Also represented by Robert Mihail.

REYNA, TARANTO, and STOLL, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

WORLDWIDE HOME PRODUCTS, INC., Plaintiff

v.

TIME, INC., Bed Bath & Beyond, Inc., Cohesion Products Inc., Sherry Hanson, Defendants

v.

Jeffrey Sonnabend, Movant–Appellant.

Nos. 2015–1544, 2015–1551.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2015.

William Giltinan, Carlton Fields Jorden Burt, PA, Tampa, FL, Plaintiff.

Edward F. O'Connor, I, Esq., Attorney, Avyno Law, P.C., Encino, CA, for Defendants.

Jeffrey Sonnabend, Brooklyn, NY, pro se.

Before MOORE, O'MALLEY, and TARANTO, Circuit Judges. PER CURIAM.

**ORDER**

PER CURIAM.

IT IS ORDERED THAT:

These cases are hereby dismissed.

WORLDWIDE HOME PRODUCTS, INC., Plaintiff

v.

TIME, INC., Bed Bath & Beyond, Inc., Cohesion Products Inc., Sherry Hanson, Defendants

v.

Jeffrey Sonnabend, Movant–Appellant.

No. 2015–1550.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2015.

Jeffrey Sonnabend, Sonnabend Law, Brooklyn, NY, argued pro se.

MOORE, O'MALLEY, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

### GENERAL ELECTRIC COMPANY, Appellant

v.

### VIBRANT MEDIA, INC., Appellee

General Electric Company, Appellant

v.

Vibrant Media, Inc., Appellee.

Nos. 2015–1015, 2015–1136.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2015.

Michael Casey, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant. Also represented by John Scott Davidson, Arlington, VA.

Matthew B. Lowrie, Foley & Lardner LLP, Boston, MA, argued for appellee. Also represented by Kevin M. Littman, Christopher J. McKenna.

PROST, Chief Judge, DYK and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

### CLOUD SATCHEL, LLC, Plaintiff–Appellant

v.

### BARNES & NOBLE, INC., Amazon.com, Defendants–Appellees.

Nos. 2015–1261, 2015–1262.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2015.